# UNITED STATES DISTRICT COURT
## Southern District of Georgia
## Savannah Division

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| Jason C. Thompson | Case Number: 4:22CR00077-1 |
| | USM Number: 57052-510 |
| | Katie Brewington |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You committed another federal, state, or local crime (mandatory condition). | February 16, 2023 |
| 2 | You committed another federal, state, or local crime (mandatory condition). | February 17, 2023 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____ , and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec No.: 5664

May 23, 2023
Date of Imposition of Judgment

Defendant's Year of Birth: 1980

*Christopher L. Ray* (signature)
Signature of Judge

City and State of Defendant's Residence:

Canton, Georgia

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia
Name and Title of Judge

May 23, 2023
Date

DEFENDANT: Jason C. Thompson
CASE NUMBER: 4:22CR00077-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>8 months.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
The Court recommends designation to a Bureau of Prisons facility near Atlanta, Georgia.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☒ before 2 p.m. on <u>June 22, 2023</u> .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL